**Opinion issued April 2, 2024**



**In The**

# Court of Appeals

**For The**

# First District of Texas

—————————————————

**NO. 01-23-00878-CR**

—————————————————

**SAMANTHA WASHINGTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 351st District Court**
**Harris County, Texas**
**Trial Court Case No. 1722651**

## MEMORANDUM OPINION

After a jury trial, appellant Samantha Washington was convicted of the felony offense of murder and was sentenced to 25 years in the Correctional Institutions Division of Texas Department of Criminal Justice. Appellant has filed a motion to dismiss her appeal in compliance with Texas Rule of Appellate

Procedure 42.2(a).  *See* TEX. R. APP. P. 42.2(a).  The State has not opposed this motion.  We have not issued a decision in the appeal.

Accordingly, we dismiss the appeal.  *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Countiss, and Rivas-Molloy.

Do not publish.  TEX. R. APP. P. 47.2(b).